STATE OF CONNECTICUT *v.* ANTHONY CHAPMAN

The defendant's petition for certification for appeal from the Appellate Court, 16 Conn. App. 38, is denied.

*Timothy H. Everett* and *Adele V. Patterson,* certified legal intern, in support of the petition.

Decided November 30, 1988

STATE OF CONNECTICUT *v.* TEDDY E. RUTH

The defendant's petition for certification for appeal from the Appellate Court, 16 Conn. App. 148, is denied.

*Teddy E. Ruth,* pro se, in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided November 30, 1988

STATE OF CONNECTICUT *v.* LYMAN E. DESSO

The defendant's petition for certification for appeal from the Appellate Court, 16 Conn. App. 165, is denied.

*Glenn E. Coe,* in support of the petition.

*Geoffrey Marion,* deputy assistant state's attorney, in opposition.

Decided November 30, 1988

STATE OF CONNECTICUT *v.* NORBERTO ESCOBALES

The defendant's petition for certification for appeal from the Appellate Court, 16 Conn. App. 272, is denied.

*Richard Emanuel,* in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided November 30, 1988